The Honorable Judge Seymoure    July-2nd 2013

Dear Mrs Seymore I was before you on monday moring July 1st 2013 about the case UNITED STATES OF AMERICA, V. CHARLIE McCANTS ESTATE CRIMINAL NUMBER 3:12-768.
I ask for a Countinus, and you did grant me That, because I was having problems, communacatians, with my Famy
I did like you order me to do, I gave MR Jerry Finney, The phone # to my son Charlie III and my Sister Bernice Wright, and he did That For me
I was Transported To Lexington County Detention Center, I was Able To make One Phone call, To my Sister + Son To be sure That they had recieved The messege from Mr Finney, and They asure me That They did, I also explain To Them, That It was Needful, That the Attorney Need To Let the Court know, his name + status by monday July 8th 2013.
July 2nd 2013 Apprxt 7:45 in The morning I was Told to pack my behongsing, because I was being move, so U.S. MARSHALL so THE MARSHALL arive about 10:40 Am, To bring me back To Sumter LEE Detention Center, and we arive here about 12:04 P.M., And I was place back in B. Pod here were I do not get to use the phone only on your Rec. which is only thirty minute, which is once every 4 or 5 days, and that To shower and do your Hygiene

So I ask to use the phone, and was denied and I do not when I will be able to have a chance to do so.

So I am hoping that Every one of whom I have contact, will do has I have ask them to do, and that you and the court will be informed by July 8th 2013,

Thank Again for your senveure
Respectfully submitted
with Honor and without Prejudice
UCC 1-207 and 1-308
Secured Party: Charlie McCants Jr.-EL
Charlie McCants Jr. ef.