RECEIVED
USDC CLERK, COLUMBIA, SC
2013 OCT -8 AM 12: 27

OCT-4- 2013

Honorable Margaret B. Seymour

I am Charlie McCants, I Appeared before you and The court on OCT 3rd 2013 along with mr. mark Calhoun The Lawyer

And he came To see me in Sumter-Lee Det Center back in July, and inform me That, he was waiting on ~~a~~ you To give him and Dewayne Pearson Your Answer, The Next day.

I have Not seen mr. Calhoun until I was brought in Coercion, and not consent to, There were No meeting of The minds, and Therefore The statement mr Calhoun made That he is Ready To go forth, was him and him alone.

mr Calhoun Inform me Ten munite before you came in To The pretrail hearing, That you Just gave him Your answer.

So I have written mR Calhoun Letting him Know That I will not be Needing his service, any more. On Feb 27th 2013 I Ask The court About There jurisdiction, and No one have prove That This Court has jurisdiction, but have Respone by saying That it dosn't

I wrote Letters To The Honorable William N. Nettles United states Attorney Asking As To what article of the United states Constitution was Used To create The Court, will you please respond in writing To my Request.

And the same letter have been sent to the Honorable Lindsey Graham, Also the Honorable James E. Clyburn, Foreman/Forewoman of Grand Jury, Court of Clerk.

And No have Respones in writing.

Since I have sent All Documents to the Fifth Judicial Circuit court Richland County state of South Carolina. And to All Other government And There Agency

So that this matter should ~~~~~ be over with

And, if There any question or concern you may go to UCC-1 having a valid Registration Number with the Dept of Licensing Frankfort, Kentucky # 2009-2419710-85-01 And with Nancy Clark Clarendon County, S.C. Register of Deeds Instrument # 2009000138439 mortgage Bk: 865 Pg: 288 DocType UCC AMD/MTG (3+) 11-20-2009.

UCC Financing statement on file with the South Carolina secretary of state File No 100129-1608.

So I will be expecting your Respone in writing

      With Honor and without Prejudice
      UCC 1-207 and 1-103
      All Rights Reserved
      With our Pledge of Loyalty to The Republic of South Carolina

Secured Party:  Charlie McCants Jr. El