USA v. McCants et al
3:12-cr-00768-MBS

10/16/20

To The Chief Judge Margaret B Seymour and U.S. District Court District of South Carolina For THE RECORD The natural Person before you in the instant case says and shall continue to state: my Christian name is Charlie and my family name is McCants-Properly spelled ~~~~~~~ "C","a","r","l","i","e"; "M","c","C","a","n","t","s." I am a private national state citizen, a natural person, a Preamble north American national domiciled on the land in South Carolina Republic, a Union state. I am not a citizen resident, officer or employee of the federal United States nor any of it's possessions, enclaves, forts, etc.; I am not a Fourteenth Amendment citizen; I am not a citizen of any corporate conglomerate state government; I have not knowingly, willingly, intentionally, or voluntarily made myself subject to the colorable law jurisdiction of the United States in the Corporate Monopoly of The Federal and/or The State Governments; for purposes of The Internal Revenue Code I am a non-resident alien. Any contract that may be in place concerning me is so under color-of-law and false presumptions, must be under threat, duress and/or coercion, and must be conducted ambiguously.

I am therefore not subject to or in the jurisdiction of the colorable law jurisdiction of the United States in the corporate monopoly of the federal and/or state of South Carolina Government.

If it appears that I have received any "benefits" from the government, they were "received" without prejudice under UCC 1-207. If I give the appearance of being indebted to the government in any way, it is because I am left without action or recourse NO REMEDY AVAILABLE Therefore:

Liability DISCHARGED, without Prejudice Pursuant to UCC 1-207, 3-305 and 3-601.

FOR THE RECORD: I am NOT <u>willing</u> to participate in the Federal United States bankruptcy that is being administrated against me and my fellow American citizens WITHOUT my prior knowledge and consent. I am NOT <u>willing</u> to APPEAR in an equity, maritime or admiralty jurisdiction court, WITHOUT my ACCUSER and/or CREDITOR present, and/or WITHOUT the specific signed and authorized American or international contract presented as evidence of my voluntary consent."

Without Prejudice, UCC 1-207
1-308
Charlie McCarts Jr. El