AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

-----------------------------------------------------------DISTRICT OF-------------------------------------------------------------

EXHIBIT LIST

USA
       v.
Charlie McCants, Jr. & Charles Shannon

Case Number: CR 3:12-768

| Presiding Judge | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|
| Margaret B. Seymour | DeWayne Pearson | Mark Calhoun, Kathy Evatt |
| Trial Date(s) | Court Reporter | Courtroom Deputy |
| 10/28/13 - 10/30/13 | Jenny Williams | Mary Deal |

| Plf No. | Def. No. | Date Offered | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|---|
| 1 |  | 10/28/13 | yes | yes | Check 10025 for $80,429.00 |
| 2 |  | 10/28/13 | yes | yes | 2 Buyers Order from Sumter Chrysler Jeep Dodge |
| 3 |  | 10/28/13 | yes | yes | Affidavit and Notification of Sale of Motor Vehicle & Buyers |
| 4 |  | 10/29/13 | yes | yes | Sumter County information packet |
| 5 |  | 10/28/13 | yes | yes | International Bill of Exchange $6,200.00 |
| 6 |  | 10/28/13 | yes | yes | Invoice from Tidewater Equipment N202730013 $5,780.00 |
| 7 |  | 10/28/13 | yes | yes | International Bill of Exchange $300,000.00 |
| 8 |  | 10/28/13 | yes | yes | Subluxation Correction Care Plan 10/21/2010 |
| 9 |  | 10/28/13 | yes | yes | Subluxation Care Plan 3/3/2011 |
| 10 |  | 10/28/13 | yes | yes | Bill of Exchange 4/10/2011 $6,200.00 |
| 13 |  | 10/28/13 | yes | yes | Bill of Exchange 4/21/2011 $3,021,000.00 |
| 14 |  | 10/28/13 | yes | yes | Bank of America Deposit Slip 4/21/2011 |
| 15 |  | 10/28/13 | yes | yes | Bill of Exchange 4/21/2011 $850,000.00 |
| 16 |  | 10/28/13 | yes | yes | Bank of America Deposit Slip 4/21/2011 $850,000.00 |
| 18 |  | 10/28/13 | yes | yes | Bank of America Deposit Slip 4/21/2011 $82,128.00 |
| 19 |  | 10/28/13 | yes | yes | Bank of America bill of Exchange 5/2/2011 $1,100,000.00 |
| 20 |  | 10/28/13 | yes | yes | Certified Trender of Payment 4/20/2013 $2,000,000.00 |

|  | 3 - McCants | 10/29/13 | yes | yes | Pre-Offset Notice for Balanced Book Adjustment/Chargeback Order/Fedwire Funds Service Security Procedure Agreement/UCC Financing Statement |
|---|---|---|---|---|---|
|  | 4 - McCants | 10/29/13 | yes | yes | Negotiable Pre-Authorized Notice of Transfer |
|  | 5 - McCants | 10/29/13 | yes | yes | UCC Affidavit of Sovereignty for Charlie McCants, Jr. |
|  | 1 - Shannon | 10/29/13 | yes | yes | Documents submitted with check on Count 1 |
|  | 2 - Shannon | 10/28/13 | yes | yes | Wells Fargo Business Records Declaration and check |
|  | 4 - Shannon | 10/29/13 | yes | yes | Letters to St. Charles Timber/Charles Shannon from Mary Danko |
|  | 6 - Shannon | 10/29/13 | yes | yes | Pre-Bond Certification |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.